IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Daniel Alvarez, | § | Chapter 13 |
| Debtor. | § | Case No. 15-40774-EJC |

## OBJECTION TO CONFIRMATION

Republic Finance, LLC ("Republic") shows:

1.

Republic holds a claim against the Debtor in the amount of $1,845.35, which claim is secured by a Samsung 50" Flatscreen TV, a Samsung Tablet, Assorted Hand Tools, and Two (2) HP Laptop Computers.

2.

The Debtor's proposed plan does not provide for the payment of Republic's secured claim and should be denied.

3.

The Debtor incurred this debt on April 13, 2015. The Debtor filed his bankruptcy petition on May 29, 2015. The close proximity between these two dates indicates the proposed plan is filed in bad faith and should be denied. 11 U.S.C. §1325(a)(3).

THEREFORE, Republic Finance, LLC respectfully requests that confirmation of the proposed chapter 13 plan be denied.

July 14, 2015

                                                      Respectfully submitted,

                                                      Stephen O'Hearn, Attorney for
                                                      Republic Finance, LLC

Bulovic & O'Hearn
1020 Bryan Woods Loop, Suite 5
Savannah, GA 31410
(912) 898-5661
Ga. Bar No. 550670

| | |
|---|---|
| STATE OF GEORGIA | § |
|  | § |
| COUNTY OF CHATHAM | § |

## CERTIFICATE OF SERVICE

I, Stephen O'Hearn, do hereby certify that I have this date served the foregoing Objection to Confirmation upon the following by depositing a copy of the same in the United States mail with proper postage affixed, or by electronic noticing where indicated below:

Daniel Alvarez
1800 Grove Point Road
Apt. 1016
Savannah, GA 31419

Barbara B. Braziel
BY ELECTRONIC NOTICE

O. Byron Meredith, III
BY ELECTRONIC NOTICE

This 15th day of July, 2015.

_____
Stephen O'Hearn

Bulovic & O'Hearn
1020 Bryan Woods Loop, Suite 5
Savannah, GA 31410
(912) 898-5661