IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

DANIEL ALVAREZ
102 OLIVER AVE
SAVANNAH, GA 31405

Debtor(s)

)
)
)
)
)
)
)
)
)

Chapter 13
Case No.  15-40774-EJC

## TRUSTEE'S MOTION ON PLAN CONFIRMATION

[ ] Trustee moves that confirmation be continued for a period of not less than _____ days and that Debtor(s)' counsel file all plan modifications on claim objections not later than _____.

[ ] Trustee moves that the case be dismissed.

[X] Trustee moves that debtor(s)' plan be confirmed, subject to payment of the filing fee. The plan commits Debtor(s)' disposable income to the plan for a period of at least thirty-six (36) months and otherwise conforms to the requirements of Title 11. The plan will pay **$100.00** or more to unsecured creditors, but in any event will pay not less than **0.00**% of the total allowed unsecured claims.

[ ] Trustee moves that the case be dismissed if the filing fee is not paid in full by _____.

[ ] Debtor(s)' plan is amended to:

[ ] Raise payments/extend plan as follows:

[ X ] Change valuation(s) as follows: **Republic Finance, LLC (Claim #1) shall be deemed fully secured at $1,845.35, with 8.0% interest, and a post-confirmation payment of $50.00 per month.**

[ ] Allow/Modify/Disallow claims as follows:

[ ] Allow the following creditors a period of _____ days following confirmation to liquidate the collateral surrendered under the Debtor(s)' plan and to file any deficiency general unsecured claim subject to any party in interest's right to object to any subsequent claim:

[ ] Retain the right to file objections by the Debtor(s) to the following claims within 30 days of confirmation:

[ X ] OTHER: **Objection of Republic Finance, LLC resolved as set forth above.**

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given.  This  **4** day of **August**, **2015**.

If applicable:

Debtor Counsel - BARBARA BRAZIEL  O78775

Debtor

Debtor   (Stephen Offenn +550670
Creditor's Counsel   for Republic Finance)

Chapter 13 Trustee Attorney

_____ O. BYRON MEREDITH III, Trustee, Georgia Bar #002300

_____ JEFF NARMORE, Georgia Bar #412079

_____ ANDRAYA MIMMS, Georgia Bar #509955

by LAURA A. GRIFKA, Georgia Bar #312055

<u>015</u>